UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:                                        )
                                              )    CHAPTER 7
HOMECARE & MANAGAGEMENT    )    CASE NO. 98-34276
SERVICESM INC.                          )
                                              )
**DEBTOR**                              )

## MOTION TO DISBURSE UNCLAIMED FUNDS

It appearing that in the above-named case a dividend check in the amount of $2,430.35 made payable to Karen Mattingly AKA Karen Stargel, Creditor, was not negotiated by said Creditor, the Trustee having issued a stop payment on the unnegotiated dividend check, and the Clerk having subsequently deposited the funds into the Registry Account for Unclaimed Monies to be held in said account for the benefit of the Creditor, Karen Mattingly AKA Karen Stargel.

The undersigned, Julie Brown Apperson Esquire, counsel for American Property Locators, Inc., Attorney-in-Fact for Karen Mattingly AKA Karen Stargel, now moves the Court to order the disbursement of said funds held in the Registry Account for Unclaimed Monies and in support of the Motion states:

1. The current address of Karen Mattingly AKA Karen Stargel is 251 Twelve Oaks Court, Lebanon, TN 37087; her telephone number is (615) 815-5250.

2. The original disbursement check was not presented for payment within 90 days after issuance, likely because Exhibit A to the Trustee's April 14, 2009 Notice to Deposit $90,901.89 into the Court registry showed 226 E. Park Pl., Jeffersonville, IN 47130 as the address to which the check was mailed to Karen Mattingly AKA Karen Stargel. [Docket Entry 240].

3. The Trustee's Notice identifies the Creditor Karen Mattingly AKA Karen Stargel as Claim 146 to whom $2,430.35 in unclaimed funds is owed.

4. The Movant is a "funds locator" retained by the Creditor to recover the funds. Movant has obtained an Original Power of Attorney from the individual Creditor named as the creditor named in the Notice. A true and accurate copy of the Power of Attorney is attached hereto as an Exhibit.

5. Movant made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other Motion for this claim is currently pending before the Court or that any party other than the Movant is entitled to submit a Motion for this claim.

**WHEREFORE**, Movant requests the Court enter the attached Order to distributed unclaimed monies.

Respectfully Submitted,

/s/ Julie Brown Apperson
**JULIE BROWN APPERSON**
4949 Old Brownsboro Rd.
Suite 295
Louisville, KY 40222
(502) 327-1200
*Counsel to American Property Locators, Inc.*

## CERTIFICATE OF MAILING

I certify on July 14, 2009 a true and correct copy of the foregoing Motion to Disburse Unclaimed Monies was served on the U.S. Attorney for the Western District of Kentucky, Bank of Louisville Building, 510 West Broadway, 10th Floor, Louisville, Ky 40202, via first class U.S. mail.

/s/ Julie Brown Apperson
**JULIE BROWN APPERSON**