**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 98-34276** |
| | ) | |
| **Homecare & Hospital Management Inc.** | ) | |
| | ) | |
| **Debtor(s)** | ) | |

**MOTION TO DISBURSE UNCLAIMED FUNDS**

It appearing that in the above-named case a dividend check in the amount of $2,430.35 made payable to Sherry Boatman, Creditor, was unnegotiated by said Creditor, the Trustee having issued a stop payment on the unnegotiated dividend check, and the Clerk having subsequently deposited the funds into the Registry Account for Unclaimed Monies to be held in said account for the benefit of the Creditor,

The Creditor, Sherry Boatman, now moves this Court to order the disbursement of said funds held in the Registry Account for Unclaimed Monies, and in support of this motion states: moved and check was not forwarded.

WHEREFORE, Claimant requests that the Court issue an order directing the Clerk to make disbursement of said funds held in the Registry Account for Unclaimed Monies for the benefit of the Creditor, Sherry Boatman.

/s/ William C. Willock, Jr.
William C. Willock, Jr.
4350 Brownsboro Road
Suite 110
Louisville, Kentucky 40207
(502) 893-4370
FAX (502) 893-4503
billw@fastballinternet.com

Attorney for Sherry Boatman

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2009 a true and correct copy of the foregoing Motion to Disburse Unclaimed Monies was served upon the United States Attorney for the Western District of Kentucky, Bank of Louisville Building, 510 West Broadway, Louisville, Kentucky 40202.

/s/ William C. Willock, Jr.
William C. Willock, Jr.